MARTIN DONLAN, Appellant, v. JOHN PARROTT and
HENRY M. NAGLEE, Respondents.

No. 1137; September 29, 1856.

**Suretyship—Release by Extension.**—A surety is released if,
without notice to him, the creditor gives the principal debtor an ex-
tension.

APPEAL from Fourth Judicial District, San Francisco
County.

Julius K. Rose for appellant; Williams, Shafter & Park
for respondents.

TERRY, J.—The plaintiff having granted to the principal
debtor an extension of the time of payment, without the
knowledge or consent of the surety, the liability of the surety
is discharged.

Judgment affirmed.

I concur: Murray, C. J.